# CASE ANNOUNCEMENTS
## August 26, 2008

[Cite as *08/26/2008 Case Announcements*, 2008-Ohio-4317.]

## MOTION AND PROCEDURAL RULINGS

**2007–2288. State v. Roberts.**
Trumbull C.P. No. 01–CR–793. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas for Trumbull County. Upon consideration of appellant's motion to consolidate this case with Supreme Court case No. 2003–1441,

It is ordered by the court that the motion is denied.

**In re Motion for Leave of Court to Commence an Appeal of Right from the Richland County Court of Appeals.**
On June 4, 2008, this court found Steven A. Bozsik to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Bozsik was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On August 6, 2008, Bozsik submitted an application for leave to file a direct appeal of right from his original action filed with the Fifth District Court of Appeals. Upon consideration thereof,

It is ordered by the court that Steven A. Bozsik's August 6, 2008, application for leave is denied.

## MISCELLANEOUS DISMISSALS

**2008–1677. Bikkani v. Lee.**
Cuyahoga App. No. 89312, 2008-Ohio-3130. On March 5, 2007, this court found Prasad Bikkani to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Bikkani was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On August 21, 2008, Bikkani submitted a notice of appeal and memorandum in support of jurisdiction but failed to first seek leave of the court. Upon consideration thereof,

It is ordered by the court, sua sponte, that the notice of appeal and memorandum in support of jurisdiction are hereby stricken. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2008–1580. State ex rel. Parker v. Lucas Cty. Job & Family Servs.**
Lucas App. No. L–07–1399, 2008-Ohio-3274.

# CASE ANNOUNCEMENTS
## August 27, 2008

[Cite as *08/27/2008 Case Announcements*, 2008-Ohio-4328.]

## MISCELLANEOUS DISMISSALS

**2008–0924. State ex rel. Eden v. Elder–Beerman Operations, L.L.C.**
Franklin App. No. 07AP–423, 2008-Ohio-2016. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.